Case 5:25-cv-01167-PD   Document 18   Filed 09/05/25   Page 1 of 2   Page ID #:1601

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA, CA STATE BAR NO. 267616
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4820
Lynn.Harada@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK OSCAR,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 5:25-cv-01167-PD<br><br>JUDGMENT OF REMAND |

　　　The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

JUDGMENT OF REMAND　　　　　　　　Page 1

above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 05, 2025

*Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE